SEPTEMBER 21, 1955

**No. 59300.**—Page N. Goffigon *v.* United States, protest 214600–K.— C. D. 1722. Motion of Government for rehearing denied.